# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 05-CV-01699 CRB |
| This Document Relates To:<br><br>C-06-0723-CRB (Lambert v. Pfizer, Inc., et al.) | **WITHDRAWAL OF APPEARANCE** |

### ORDER

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that David P. Ellington, Kevin J. Adrian and Brown & James, P.C.'s Motion to Withdraw as co-counsel of record for Defendant, Walgreen Co. in the above-reference case, including this multi-district litigation, is hereby granted.



**SO ORDERED**

__.._____March 4, 2009_____ _____
Date