Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-0723 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Harry Lambert, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs David Dlugos, Bennie Hendrix, Levell Barker, Heather Pellerito, Robert Michael Laird, Roberta Wagner, Verna Eagan, Barbara Jean Carson, Ann Elizabeth Conroy, Christina Sampson, Patricia Skalski, Richard Smith, and Burly Brown for decedent Bonnie Brown in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 1/15, 2010   By: /s/ Jeffrey J. Lowe

**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

DATED: 1/27, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court