**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL 05-1699 CRB |
|---|---|
| This Document Relates to: | **ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Karen Mullanix | 06-0089 CRB |
| Harry Lambert | 06-0723 CRB |
| Norvill Adkins | 06-1879 CRB |
| Direl Fyffe | 06-1879 CRB |
| Bufard Howard | 06-1879 CRB |
| Della Howard | 06-1879 CRB |
| Otto Ramos Morales | 06-2438 CRB |
| Teri Debnam | 06-2484 CRB |
| Sybil Carter | 06-3528 CRB |
| Crystal Dixon | 06-3528 CRB |
| Priscilla Labeaud | 06-3528 CRB |
| Sofya Prilutskaya | 06-3528 CRB |
| Debra Scroggins | 06-3528 CRB |
| Vivian Schultz | 06-6548 CRB |
| Juanice Powers | 07-0288 CRB |
| Anita McDonald | 07-0403 CRB |
| Olivette Woods | 07-0403 CRB |
| Larry Haymore | 07-1095 CRB |
| Esfir Klebanova | 07-2212 CRB |
| Shandra Pearce | 07-3062 CRB |
| Donald Clark | 07-3211 CRB |
| Lora Mason | 07-3211 CRB |
| Anush Bagramyan | 07-4799 CRB |

-1-

-2-

1  The Court ordered the Plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3  order, no Plaintiff listed in the caption has responded to the Court's order and no Plaintiff appeared
4  at the show cause hearing. Accordingly, the actions of the Plaintiffs identified in the above
5  caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6  **IT IS SO ORDERED.**

7  Dated: September 27, 2010

8  HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT COURT

-2-

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB